# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

DOUGLAS HURST                                          PLAINTIFF

v.                      NO. 4:11CV00707 JLH

CHESAPEAKE OPERATING, INC.                        DEFENDANT

## ORDER

The Court has been informed by plaintiff's counsel that the discovery dispute between the plaintiff and the defendant has been resolved. Therefore, the plaintiff's motion to compel is denied as moot. Document #11.

IT IS SO ORDERED this 11th day of May, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE